FILED

2015 APR -9 PM 4:45

1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                    SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 08MJ2131-NLS |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT |
| v. | ) | |
| JOSE TORRES-GARCIA aka Juan Salinas-Garcia, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 4-8-15

_____
HONORABLE NITA L. STORMES
Chief, United States Magistrate Judge